UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

        v.          :          NOTICE OF INTENT TO

GERARD J. FEDERICO and
ROYAL SUPPLY CO.          :          FILE AN INFORMATION
              Defendants.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

JUDGE JONES

**07 CRIM 1012**

       Please take notice that the United States Department of Justice Antitrust Division
will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the
Federal Rules of Criminal Procedure.

Dated:    *Sept. 12, 2007*

                                RALPH T. GIORDANO
                                Chief, New York Field Office
                                Antitrust Division
                                U.S. Department of Justice

               By:    *Mary Anne Carnival*
                                MARY ANNE CARNIVAL
                                Trial Attorney

                           AGREED AND CONSENTED TO:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/07

               By:    _____
                                KENNETH KAPLAN, ESQ.
                                Attorney for Gerard J. Federico
                                and Royal Supply Co.

9/26/07    WHEEL A