# United States District Court
### FOR THE
### SOUTHERN DISTRICT OF NEW YORK

*JUDGE JONES*

| UNITED STATES OF AMERICA | ) | **07Cr.1012** |
| --- | --- | --- |
|  | ) |  |
| v. | ) | No. 07cr___ |
|  | ) |  |
| Gerard J. Federico | ) |  |

the above named defendant, who is accused of

18 U.S.C. § 371

being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____,
*Defendant.*

_____,
*Witness.*

_____,
*Counsel for Defendant.*

DATE: 11/1/07



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

NOV 01 2007