**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA
against
_GERARD FEDERICO_

(Alias) _____

Please PRINT Clearly

**07 CRIM 1012**
07 cr ___

DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO: **CLERK OF COURT S.D.N.Y.**

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA    2. [✓] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [✓] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. _4_ YR. _1972_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _NY_ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

SIGNATURE _KJ Kaplan_
PRINT THE FOLLOWING INFORMATION CLEARLY
_KENNETH KAPLAN_
Attorney for Defendant
_KAPLAN & KATZBERG_
Firm name if any
_767 3d Ave._
Street address
_NY_   _NY_   _10017_
City   State   Zip
_212-750-3100_
Telephone No

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 01 2007

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186